United States District Court
Northern District of Indiana
Hammond Division

Garrett Whittenberg,
Plantiff

Cause No.: 2:23-cv-414

Defendant Lake County
Jail, Telmate, www.
gettingout.com

The Defendant name and job title
Lake County Jail, www.Gettingout.com - Telmate unknown First unknown last

Have you ever sue anyone for these exact claims? yes or (No)
If yes, attach copies of final judgement on additional sheet listing the court case number, filing date, judgement date, and results of the previous case claims and fact. Write a short and plain statement stating what each defendant did wrong using simple English words and sentences. Do not use legal or machine legal arguement. Explain when, where, why and how it happen. Include every fact neccessary to explain your case and describe your injury or damage.
Number any documents you attach and refer to them by number in your complaint
Do not include minor
Do not include social security number or date of birth
Use each defendant name every time you refer to that defendant
Number your paragraph
Relief: If you win this case what do you want the court to order the Defendant to do? Pain and suffering, emotional stress, psychological compensation
I leave to the courts to determine how much compensation I recieve. I also would like for regular free visit so people can see they love ones on video visit go to being free on www.Gettingout.com
Are you pay the filing suit? yes or (No)
I understand I'm responsible to notify the defendant about this case and require by federal rule of civil procedure 4, that means if you want the clerk to sign
seal a summit you prepare the summit and commit to the clerk (yes) or no

Im filing a motion to proceed In Forma Pauperis And Asking the court to notify the Defendant About this case (Yes) or No

I would properly notify the courts if any change of address? (Yes) or No

I Declare Under penalty Any perjury that the Statement in this complaint Are true? (Yes) or No

Sincerely,
Janet Whitted
November 21, 2023

Reff# 358 561061 Grievance proving Lake County Law Library Refuse to Give me 1983 forms. I wrote United States District Court in October of 2023 for 1983 form no response I call the public defender office Mildred Sease paralegal state Lake County Suppose to Give me 1983 forms

Reff# 358 559881 for Not Giving me copies of Grievance and Request

Video visit Price October 7, 2023 Reff# 358 453891

# Civil Suit filing

## www.gettingout.com Video Visit Prices

Claims and Fact   Ref# 374007781,   GW   #1

On October 7, 2023 I sent a request to Telmate who handle video visit and requested since Covid is basically over and mask is optional video visit should be free or original visiting should go back to normal. Telmate unknown responds they can't help me with that. So I file a grievance as you can see about this issue stating detainees are being charge for video visit and Covid is basically over and mask usage is optional the video visit should be free so people could see they love our Gettingout.com shouldn't change for video visit