AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GARRETT WHITTENBURG
    Plaintiff

v.     Civil Action No.  2:23cv414

LAKE COUNTY JAIL,
WWW.GETTINGOUT.COM,
TELMATE
*unknown first, unknown last*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

☒ decided by Senior Judge James T. Moody.

DATE:  3/6/2024            CHANDA J. BERTA, CLERK OF COURT
                           by   s/R. Figueroa
                                *Signature of Clerk or Deputy Clerk*